AGNES SCHUST, PLAINTIFF-RESPONDENT, v. WRIGHT AERONAUTICAL CORP., DEFENDANT-PETITIONER.

See same case below: 7 *N. J. Super.* 54.

*Mr. John W. Taylor* for the petitioner.

*Mr. Saul Mendelson* and *Mr. Aaron Gordon* for the respondent.

June 26, 1950.   Denied.

IN THE MATTER OF THE ESTATE OF EMILIE SCHUBERT, DECEASED.

See same case below: 7 *N. J. Super.* 48.

*Mr. Barney B. Brown* for the petitioner.

*Mr. Irving Shenberg, Mr. T. Millet Hand* and *Mr. Nathan C. Staller* for the respondents.

June 26, 1950.   Denied.